Allen W. McCAIN et al., Appellants,

v.

INTERSTATE CAMPGROUNDS, INC., a Kentucky corporation, Appellee.

Court of Appeals of Kentucky.

May 18, 1973.

Roger B. Sledd, Lexington, for appellants.

Jack K. Giles, Lexington, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

James CRECELIUS, Petitioner,

v.

John P. HAYES, Judge, Jefferson Circuit Court, Criminal Branch, Second Division and Commonwealth of Kentucky, Respondents.

Court of Appeals of Kentucky.

May 18, 1973.

Bruce D. Prizant, Louisville, Robert E. Smith, Baltimore, Gilbert H. Deitch, Atlanta, Ga., for petitioner.

Memorandum Opinion of the Court by Commissioner CULLEN, Denying Prohibition.*

Edwin A. SCHROERING, Jr., Commonwealth's Attorney, 30th Judicial District, Petitioner,

v.

Honorable S. Rush NICHOLSON, 30th Judicial District, Jefferson Circuit Court, Criminal Branch, Ist Division, Respondent.

Court of Appeals of Kentucky.

May 18, 1973.

Edwin A. Schroering, Jr., Commonwealth's Atty., 30th Judicial District, Basil Ktsanes, Asst. Commonwealth's Atty., Louisville, for petitioner.

Boyce F. Martin, Jr., Barnett, Greenebaum, Martin & McConnell, Louisville, for respondent.

PER CURIAM, Denying Mandamus.*

Mary Hinton HILL

v.

Paul J. HINTON.

Court of Appeals of Kentucky.

May 18, 1973.

Albert W. Spenard, William R. Thomas, Madisonville, for appellant.

Kenneth B. Kusch, B. R. Paxton, Central City, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

* Opinion ordered not to be published.